| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: Atlantic Neurosurgical Specialists, P.A. | |
| United States Bankruptcy Court for the: District of New Jersey | ☐ Check if this is an amended filing |
| Case Number (If known): 24-xxxx1 | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders               12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ANS CONTINUUM HOLDCO, LLC / ASSIGNEE KEYBANK 200 CAMPUS DRIVE SUITE 300 FLORHAM PARK, NJ  07932-1007 | CONTACT: MORRIS S. BAUER PHONE: 973 424 2037 MSBAUER@DUANEMORRIS.COM | MSO - ACCRUED MSO INCENTIVE FEE, ACCRUED MSO MANAGEMENT FEE, ACCRUED MSO MANAGEMENT FEE, DUE TO MSO FOR OPEX | | | | $20,071,791.00 |
| 2 | CONTINUUM INSTITUTE ATLANTIC, LLC 550 WEST MERRILL ST. SUITE 210 BIRMINGHAM, MI  48009 | TYLER.LAYNE@HKLAW.COM | LOANS - NOTE PAYABLE | | | | $1,267,754.00 |
| 3 | MEDEVOLVE, INC. PO BOX 11407 BIRMINGHAM, AL  35246-8222 | ACCOUNTS.RECEIVABLE@MEDEVOLVE.COM | ACCOUNTS PAYABLE | | | | $350,763.63 |
| 4 | MICHAEL RUDMAN 200 WESTERN DR. SHORT HILLS, NJ  07078 | MICHAELRUDMAN1@GMAIL.COM | LOANS - NOTE PAYABLE (SELLER NOTE) | | | | $100,000.00 |
| 5 | RICHARD WINNE 31 BALBROOK DR. MENDHAM, NJ  07945 | RWINNE@COMCAST.NET | LOANS - NOTE PAYABLE (SELLER NOTE) | | | | $100,000.00 |
| 6 | TERRENCE WELSH 61 WASHINGTON CORNER RD. BERNARDSVILLE, NJ  07924 | TERRENCEMWELSH@GMAIL.COM | LOANS - NOTE PAYABLE (SELLER NOTE) | | | | $100,000.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | PHREESIA, INC. 1521 CONCORD PIKE SUITE 301, PMB 221 WILMINGTON, DE 19803 | CONTACT: TIFFANY MCGEE, ESQ., ASSISTANT GENERAL COUNSEL MKILGORE@PHREESIA.COM | ACCOUNTS PAYABLE | | | | $81,570.60 |
| 8 | 310 MADISON PROFESS. CTR. LLC 195 MORRISTOWN ROAD BASKING RIDGE, NJ 07920 | SAMANTHAIRACE@.SILVERMANGROUP.NET | ACCOUNTS PAYABLE | | | | $74,457.25 |
| 9 | HUNTINGTON NATIONAL BANK 11100 WAYZATA BOULEVARD SUITE 801 MINNETONKA, MN 55305 | EFCUSTOMERSERVICE@HUNTINGTON.COM | ACCOUNTS PAYABLE | | | | $45,117.32 |
| 10 | MEDSPHERE SYSTEMS CORPORATION 1220 E. 7800 S FL 3 SANDY, UT 84094-7285 | INVOICES@MEDSPHERE.COM;JENNIFER.SCHIMPF@MARKETWARE.COM | ACCOUNTS PAYABLE | | | | $34,200.00 |
| 11 | GAUTAM MALHOTRA 9 CAIN CIR. WATCHUNG, NJ 07069 | MALHOTGA@GMAIL.COM;JAZSHAH@YAHOO.COM | 401K EMPLOYER CONTRIBUTIONS | | | | $16,500.00 |
| 12 | NEW JERSEY DEPARTMENT OF THE TREASURY 1 PO BOX 620 20 WEST STATE STREET 6TH FLOOR TRENTON, NJ 08625 | CONTACT: DIVISION OF RISK MANAGEMENT, UNCLAIMED PROPERTY ADMINISTRATION | ESCHEAT REFUND CHECKS | | | | $15,704.71 |
| 13 | NEUROPOINT ALLIANCE, INC. 5550 MEADOWBROOK DRIVE ROLLING MEADOWS, IL 60008 | CONTACT: STEFAN P. RYKOWSKI SRYKOWSKI@NEUROPOINT.ORG | ACCOUNTS PAYABLE | | | | $15,000.00 |
| 14 | RUMON AHMED 25 AUBREY ST SUMMIT, NJ 07901-1408 | RAHMED@ALTAIRHEALTH.COM | 401K EMPLOYER CONTRIBUTIONS | | | | $14,845.44 |
| 15 | PAULA G SUAREZ 55 MOUNT HOREB ROAD WARREN, NJ 07059 | PSUAREZ@ALTAIRHEALTH.COM | 401K EMPLOYER CONTRIBUTIONS | | | | $12,181.42 |
| 16 | CYNTHIA VOGLER 15 PINEAPPLE DR PALM COAST, FL 32164-7061 | CVOGLER@ALTAIRHEALTH.COM | 401K EMPLOYER CONTRIBUTIONS | | | | $12,001.64 |
| 17 | RONALD P BENITEZ 515 VAN BEUREN RD MORRISTOWN, NJ 07960-6478 | RON_BENITEZ@HOTMAIL.COM | OTHER LIABILITIES - AHS REIMBURSEMENT | | | | $10,500.00 |
| 18 | STEPHANIE PARKER 8674 CATALISSA AVE MELBOURNE, FL 32940-8721 | STEPHANIE.PARKER82@YAHOO.COM | 401K EMPLOYER CONTRIBUTIONS | | | | $8,044.78 |
| 19 | MEGAN FILORAMO 6 OCONNOR DR HILLSBOROUGH, NJ 08844-3108 | MEGFILORAMO@GMAIL.COM | 401K EMPLOYER CONTRIBUTIONS | | | | $8,010.60 |
| 20 | ELIZABETH CITRON 215 GRANVILLE CIR EGG HARBOR TOWNSHIP, NJ 08234-6011 | ELISEMINNIX@GMAIL.COM | 401K EMPLOYER CONTRIBUTIONS | | | | $7,927.35 |