Order Filed on June 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Greenbaum, Rowe, Smith & Davis LLP**<br>PO Box 5600<br>Woodbridge, New Jersey 07095<br>(732) 549-5600<br>David L. Bruck, Esq.<br>dbruck@greenbaumlaw.com<br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>**ATLANTIC NEUROSURGICAL SPECIALISTS, P.A.,**<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-15726 (VFP) |
| In re:<br><br>**ANS NEWCO, LLC,**<br><br>      Debtor. | Chapter 11<br>**Joint Administration Requested**<br><br>Case No. 24-15727 (VFP) |

<u>**ORDER (1) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**</u>

  The relief set forth on the following pages, numbered two (2) through five (5), is **ORDERED**.

**DATED: June 14, 2024**

                              _____
                              **Honorable Vincent F. Papalia**
                              **United States Bankruptcy Judge**

Upon the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"),[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to direct the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.
2. The above-captioned cases hereby are jointly administered by this Court for procedural purposes only.
3. Nothing contained in the Motion or this Order shall be deemed or construed as directing

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

5. All pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown on this Order in Exhibit 1 attached hereto. For purposes of clarity, the Lead Case is Atlantic Neurosurgical Specialist P.A. Case # 24-15726.

6. All lists, schedules, and statements shall be filed and docketed in the specific Debtor's case to which they are applicable.

7. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

8. If pleadings, papers, or documents have been filed in any of the above-captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the Judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

9. The Clerk shall file a copy of this order in the Lead Case and the affiliated Debtor case.

10. The Debtor shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case.

11. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

12. Notice of Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

13. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

14. A true copy of this Order shall be served on all required parties pursuant to Local Rule 9013-5(0).

15. This Order shall be effective immediately upon entry.

16. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this

**EXHIBIT 1**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **Greenbaum, Rowe, Smith & Davis LLP** <br> PO Box 5600 <br> Woodbridge, New Jersey 07095 <br> (732) 549-5600 <br> David L. Bruck, Esq. <br> dbruck@greenbaumlaw.com <br> Proposed Attorneys for the Debtors | |
| In re: <br><br> **ATLANTIC NEUROSURGICAL SPECIALISTS, P.A.**, et al., <br><br> Debtors. | Chapter 11 <br><br> **Case No. 24-15726 (VFP)** <br><br> **Jointly Administered Case No. 24-15727 (VFP)** |