**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
Jay L. Lubetkin, Esq.
jlubetkin@rltlawfirm.com
(973) 597-9100
(973) 597-9119 (Fax)
*Jay L. Lubetkin, Liquidation Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| ATLANTIC NEUROLOGICAL SPECIALISTS, P.A. *et al.*, [1] | Case No. 24-15726 (VFP) |
| Debtors. | Jointly Administered |
| | Honorable Vincent Papalia |

### OBJECTION TO NOTICE OF INTENTION TO CLOSE CASE

Jay L. Lubetkin, Esq., Liquidation Trustee (the "Liquidation Trustee"), by and through his attorneys, Rabinowitz, Lubetkin & Tully, LLC, in his capacity as Liquidation Trustee pursuant to the provisions of the ANS Liquidation Trust created under the terms of the confirmed Plan of Liquidation of Atlantic Neurosurgical Specialists, P.A., ANS Newco, LLC, and Hanover Hills Surgery Center, LLC (collectively, the "Debtors"), respectfully files and serves this, his objection to the Notice of Intention to Close Case, and respectfully shows as follows:

1. On June 5, 2024 Atlantic Neurosurgical Specialists, P.A. and ANS Newco, LLC filed Voluntary Petitions pursuant to the provisions of Chapter 11 of the United States Bankruptcy Code. On July 12, 2024 Hanover Hills Surgery Center, LLC filed a Voluntary Petition pursuant to the provisions of Chapter 11. The Debtors' cases were administratively consolidated.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Atlantic Neurosurgical Specialists, P.A., d/b/a Atlantic Neurosurgical (0733); ANS Newco, LLC, d/b/a Altair Health (7893); and Hanover Hills Surgery Center LLC, (8645).

2. On February 26, 2025, the Court entered an Order confirming the Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation (the "Plan") of the Debtors.

3. Pursuant to the provisions of the confirmed Plan, a Liquidation Trust was created consisting of all the assets of the Debtors to be liquidated, and in connection with the creation of that Liquidation Trust, Jay L. Lubetkin, Esq. was appointed Liquidation Trustee.

4. On August 1, 2025, I filed a Notice of Motion for entry of an Order seeking an extension of the case closing date in the above-captioned bankruptcy proceedings.

5. As set forth in that Motion, there is significant work which remains to be done before the bankruptcy cases can be closed, including importantly, the filing and prosecution of two adversary proceeding complaints that are likely to generate significant additional funds for distribution to creditors herein.

6. As a result, and for the reasons set forth in that previously filed Motion, it is respectfully submitted that case closing should not occur one hundred eighty (180) days after entry of the Order confirming the Plan of Liquidation for the Debtors, and instead, the case closing date should be extended through December 31, 2026, without prejudice to the Court's consideration of a subsequent motion to be filed prior to that date seeking a further extension of the case closing date.

                    **RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
                    *Counsel to Liquidation Trustee*

                    By: */s/ Jay L. Lubetkin*
                          JAY L. LUBETKIN

Dated: August 4, 2025